STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT PASTORE, DEFENDANT-APPELLANT.

Argued February 24, 1976—Decided March 19, 1976.

*Mr. Edward P. Hannigan,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley Van Ness,* Public Defender, attorney; *Mr. Hannigan,* of counsel and on the brief).

*Ms. Helen E. Szabo,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney; *Ms. Szabo,* of counsel and on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. 133 *N. J. Super.* 168.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.